# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# PECOS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **v.** § | **NO:   P:19-CR-00013 (01)** |
| § | |
| **AIMEE LEE TEAL** § | |

## ORDER

Before the Court are the Defendant's Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Doc. 48) filed June 4, 2021, and the Government's Response to the Defendant's Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Doc. 52) filed July 12, 2021. After considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, the Court **DENIES** the Defendant's Motion on its merits. Accordingly,

It is **ORDERED** the Defendant's Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Doc. 48) is **DENIED.**

It is so **ORDERED**.

SIGNED this 14th day of July, 2021.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE